IN THE UNITED STATE DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| for the use and benefit of ) | |
| WOODBRIDGE GLASS CO., INC. ) | |
| ) | |
| Plaintiff ) | |
| v. ) | CASE NO: 1:15-cv-1052-AJT-MSN |
| ) | |
| CADDELL CONSTRUCTION CO., INC., et al. ) | |
| ) | |
| Defendants. ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

COMES NOW Plaintiff United States of America for the Use and Benefit of Woodbridge Glass Co., Inc., and pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure hereby stipulates that all claims of United States of America for the Use and Benefit of Woodbridge Glass Co., Inc. in the above-captioned case are dismissed with prejudice with each party to bear its own costs and fees. No Defendant has filed or served an answer or motion for summary judgment.

Dated:     November 4, 2015

Respectfully Submitted,

/s/ Paul Schrader
Paul Schrader, Esq. VSB# 75394
FULLERTON & KNOWLES, P.C.
12642 Chapel Rd.
Clifton, VA 20124
Telephone: (703) 818-2600
Facsimile (703) 818-2602
pschrader@fullertonlaw.com
*Counsel for Woodbridge Glass Co., Inc.*

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 4th day of November, 2015, the foregoing was sent, via first class mail, postage prepaid to:

Caddell Construction Co., Inc.
2700 Lagoon Park Dr.
Montgomery, AL 36109

Travelers Casualty and Surety Company of America
One Tower Square
Hartford, CT 06183

Fidelity and Deposit Company of Maryland
1400 American Lane
Schaumburg, IL 60196

/s/ Paul Schrader
Paul Schrader, Esq. VSB# 75394
FULLERTON & KNOWLES, P.C.
12642 Chapel Rd.
Clifton, VA 20124
Telephone: (703) 818-2600
Facsimile (703) 818-2602
pschrader@fullertonlaw.com
*Counsel for Woodbridge Glass Co., Inc.*
