IN THE UNITED STATE DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

UNITED STATES OF AMERICA )
for the use and benefit of )
WOODBRIDGE GLASS CO., INC. )
)
     Plaintiff )
v. )    CASE NO: 1:15-cv-1052-AJT-MSN
)
CADDELL CONSTRUCTION CO., INC., et al. )
)
     Defendants. )

## STIPULATION OF DISMISSAL WITH PREJUDICE

COMES NOW Plaintiff United States of America for the Use and Benefit of Woodbridge

Glass Co., Inc., and pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure

hereby stipulates that all claims of United States of America for the Use and Benefit of

Woodbridge Glass Co., Inc. in the above-captioned case are dismissed with prejudice with each

party to bear its own costs and fees. No Defendant has filed or served an answer or motion for

summary judgment.

Dated:    November 4, 2015

                    Respectfully Submitted,

                    /s/ Paul Schrader
                    Paul Schrader, Esq. VSB# 75394
                    FULLERTON & KNOWLES, P.C.
                    12642 Chapel Rd.
                    Clifton, VA 20124
                    Telephone: (703) 818-2600
                    Facsimile (703) 818-2602
                    pschrader@fullertonlaw.com
                    *Counsel for Woodbridge Glass Co., Inc.*

So ordered 11/7/15

/s/
Anthony J. Trenga
United States District Judge

1